O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-1613-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| HORACE GREEN, | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On February 18, 2015, March 31, 2015 and April 14, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 6, 2015. Government counsel, Anil Antony, the defendant and his appointed CJA attorney, Thomas Nishi, were present. The U.S. Probation Officer, Robert Chavez, was also present.

The defendant admitted to allegation no. 1, in violation of his supervised release, as stated in the Petition filed on February 6, 2015. The government withdrew allegations 2 and 3, as stated in the Petition filed on February 6, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 13, 2007.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of eight (8) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed, with the added conditions, as follows:

- The defendant shall reside at a residential re-entry center (RRC), under the pre-release component, for a period not to exceed six (6) months, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer;
- The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 05-02;
- The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The offender shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision;
- The defendant shall refrain from any unlawful use of a controlled substance. The offender shall submit to one (1) drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter, not to exceed four (4) tests per month, as directed by the Probation Officer;
- The defendant may not associate with anyone known to him to be a Pueblo Bishop Blood gang member and others known to him to be participants in the Pueblo Bishop Blood gang's criminal activities, with the exception of his family members. He may not wear, display, use or possess any gang insignias, emblems, badges, buttons, caps, hats, jackets, shoes, or any other clothing that defendant knows evidence affiliation with the Pueblo Bishop Blood gang, and may not display any signs or gestures that defendant knows evidence affiliation with the Pueblo Bishop Blood gang;
- As directed by the Probation Officer, the defendant shall not be present in any area known to him to be a location where members of the Pueblo Bishop Blood gang meet and/or assemble; and
- The defendant shall participate in and successfully complete a cognitive-based life skills program as approved by the Probation Officer.

///

It is further ordered that the defendant surrender himself to the institution designated

by the Bureau of Prisons on or before 12 noon, on May 14, 2015. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012. Until defendant self-surrenders, defendant is ordered to comply with reporting to his probation officer.

The Court hereby recommends that defendant be designated to a facility in Southern California, and if possible, specifically at the Metropolitan Detention Center, otherwise, as close to Southern California as possible.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     April 15, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
       Catherine M. Jeang,  Deputy Clerk