O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-1613-CAS - 2 |
| Plaintiff, ) | |
| v. ) | MODIFICATION OF REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| HORACE GREEN, ) | |
| Defendant. ) | |

On October 22, 2018, and October 29, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 26, 2017. Government counsel, Catherine Ahn, the defendant and his appointed CJA attorney, Thomas Nishi, were present. The U.S. Probation Officer, Marisol Martinez, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on January 26, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 13, 2007.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release shall remain under the same terms and conditions previously imposed, with the following modification:

- Defendant shall participate for a period of 180 days in a home detention program which includes electronic monitoring, GPS, Alcohol Monitoring Unit or automated

identification system and shall observe all rules of such program, as directed by the Probation Officer. The offender shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment; and
- Defendant shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer.

The Court sets a Status Conference re: Defendant's Compliance with Supervised Release on **April 29, 2019**, at **1:30 P.M.** Defendant is ordered to be present on April 29, 2019, at 1:30 P.M., unless advised otherwise by his attorney of record and/or his Probation Officer.

FILE/DATED: October 30, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang, Deputy Clerk